**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DARON DERRICK, ET AL., | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:06-CV-230 |
| | § | |
| ELECTROLUX HOME | § | |
| PRODUCTS, INC., ET AL. | § | |

**ORDER**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of the settlement agreement involving a minor child has been presented for consideration. Each party waived its right to file objections to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge as the findings and conclusions of this court, and approves the settlement agreement as described in the sealed *ad litem* report.

SIGNED this 13th day of December, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE